IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jule Ziegler,

    Plaintiff(s),

vs.

Firm Enterprises, LLC, et al.,

    Defendant(s).

Case Number: 1:17cv384

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 21, 2017 (Doc. 8) and the Supplemental Report and Recommendation that was filed on August 28, 2017 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 5, 2017 and September 11, 2017, respectively hereby ADOPTS said Report and Recommendations.

Accordingly, this Court lacks subject matter jurisdiction over the claim asserted. Therefore, the case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court